# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| JENNIFER A. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:20-CV-00078 |
| | ) JUDGE CAMPBELL |
| LAWRENCE COUNTY JAIL, *et al.*, | ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

Jennifer A. White, a former inmate of the Lawrence County Jail, filed this pro se action under 42 U.S.C. § 1983 against the Lawrence County Jail, Lieutenant Susan Taylor, and Sergeant f/n/u Cotton, alleging violations of Plaintiff's civil rights. (Doc. No. 1). Plaintiff also filed an application for leave to proceed in forma pauperis for prisoners (Doc. No. 2) and a motion for the appointment of counsel (Doc. No. 3).

By Order entered on December 14, 2020, the Court informed Plaintiff that this case could not proceed without further action on her part. (Doc. No. 5). First, Plaintiff had not signed her complaint. Second, Plaintiff had submitted an application to proceed in forma pauperis, AO 240 (Short Form) (Doc. No. 2) whereas the Court requires nonprisoners to submit AO Form 239 (Long Form). Third, Plaintiff had provided the Court with two different addresses.

Plaintiff remedied the first deficiency identified by the Court by returning her signed complaint (Doc. No. 1, Attach. 1) and appears to have remedied the third deficiency by providing a residential address as her current address.

Plaintiff attempted to remedy the second deficiency by submitting the Long Form application to proceed in forma pauperis. (Doc. No. 7). Therefore, the Court denied Plaintiff's first

1

application (Doc. No. 2) as moot. However, the Court was unable rule on the second application as submitted. In it, Plaintiff stated that she has no income, assets, or savings whatsoever. (*Id*. at 1-3). However, Plaintiff stated that she spends $300 monthly on utilities and $265 monthly on laundry and dry cleaning. (*Id*. at 4). She did not list any other expenses, such as food or housing.

Because it did not appear that Plaintiff had provided an accurate and complete accounting of her financial situation, the Court directed the Clerk to return Plaintiff's application to her. (Doc. No. 9). In turn, the Court directed Plaintiff to file with the Court, within fourteen (14) days of receiving the Order, a revised application. (*Id*.)

Plaintiff subsequently submitted an amended application to proceed in forma pauperis. (Doc. No. 7, Attach. 1). However, Plaintiff lists absolutely no expenses and no sources of income. Once again, it appears that Plaintiff has not provided an accurate and complete accounting of her financial situation. She does not appear to be homeless as she lists a residential mailing address. She mailed her amended application certified mail, which requires a fee. (Doc. No. 7, Attach. 1 at 6). Plaintiff must account for the expenses of her daily life and any sources of income she receives, including gifts from friends or government support.

The Court will give Plaintiff <u>one more chance</u> to submit a complete and accurate in forma pauperis application. If she fails to do so within 14 days, her application **WILL** be denied, and this case will not proceed without submission of the full civil filing fee. No extensions of this deadline will be permitted.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE